**Lacy Lee WILLIAMS, Jr., Petitioner–Appellant,**

**v.**

**State of NORTH CAROLINA, Respondent–Appellee.**

No. 16–6067

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Lacy Lee Williams, Jr., Appellant Pro Se.

Before TRAXLER, Chief Judge, and NIEMEYER, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacy Lee Williams, Jr., seeks to appeal the district court's order dismissing one, but not all, of the claims he filed in his 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED